PROB 12C
(6/16)

Report Date: October 23, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gabriel Trinidad Lopez | Case Number: 0980 2:18CR00022-SAB-1 |
| Address of Offender: █████████ | Spokane Valley, Washington 99216 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 20, 2018

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 10, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 9, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Lopez violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about September 22, 2020.<br><br>On June 10, 2020, supervision commenced in this matter. On June 12, 2020, a supervision intake was completed. Mr. Lopez acknowledged an understanding of the conditions imposed by the Court, to include special condition number 4, noted above.<br><br>On September 25, 2020, Mr. Lopez appeared at Pioneer Counseling Services for random urinalysis testing.  The sample tested presumptive positive for methamphetamine.  Mr. Lopez admitted to treatment staff that he did in fact use methamphetamine and signed a drug use admission form indicating use on September 22, 2020. |

Prob12C
**Re: Lopez, Gabriel Trinidad**
**October 23, 2020**
**Page 2**

      A lab report later confirmed a positive presence for methamphetamine in the September 25, 2020, urine sample.

2     **Special Condition #4** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Mr. Lopez violated the terms of his supervised release by consuming a controlled substance, Oxycodone, on or about October 14, 2020.

    On June 10, 2020, supervision commenced in this matter. On June 12, 2020, a supervision intake was completed. Mr. Lopez acknowledged an understanding of the conditions imposed by the Court, to include special condition number 4, noted above.

    On October 14, 2020, Mr. Lopez appeared at Pioneer Counseling Services for random urinalysis testing. The sample tested presumptive positive for oxycodone. Mr. Lopez admitted to treatment staff that he did in fact use oxycodone and signed a drug use admission form indicating use on October 14, 2020.

    A lab report later confirmed a positive presence for oxycodone in the October 14, 2020, urine sample.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/23/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Office

Prob12C
Re: Lopez, Gabriel Trinidad
October 23, 2020
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Signature*

Signature of Judicial Officer

10/26/2020

Date