PROB 12C
(6/16)

Report Date: November 4, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2020

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gabriel Trinidad Lopez | Case Number: 0980 2:18CR00022-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99216 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: December 20, 2018 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922 | |
| Original Sentence: Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Patrick J. Cashman | Date Supervision Commenced: June 10, 2020 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: June 9, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/23/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Lopez violated the terms of his supervised release by failing to appear for a random urinalysis test on or about October 26, 2020.<br><br>On June 10, 2020, supervision commenced in this matter. On June 12, 2020, a supervision intake was completed. Mr. Lopez acknowledged an understanding of the conditions imposed by the Court, to include special condition number 4, noted above.<br><br>On October 26, 2020, Mr. Lopez was expected to appear at Pioneer Human Services (PHS) for a random urinalysis test. When confronted with his failure to appear, he indicated he must have forgotten to call the testing line. |

Prob12C
Re: Lopez, Gabriel Trinidad
November 4, 2020
Page 2

|   |   |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Lopez violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about October 31, 2020.

On June 10, 2020, supervision commenced in this matter. On June 12, 2020, a supervision intake was completed. Mr. Lopez acknowledged an understanding of the conditions imposed by the Court, to include special condition number 4, noted above.

On November 3, 2020, Mr. Lopez appeared at Pioneer Counseling Services for random urinalysis testing. The sample tested presumptive positive for methamphetamine. Mr. Lopez admitted to treatment staff that he did in fact use methamphetamine and signed a drug use admission form indicating use on October 31, 2020. Mr. Lopez contacted the undersigned that same day and admitted to consuming methamphetamine on October 31, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/04/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stanley A. Bastian
Signature of Judicial Officer

11/5/2020
Date