PROB 12C
(6/16)

Report Date: November 9, 2022

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Gabriel Trinidad Lopez        Case Number: 0980 2:18CR00022-WFN-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 20, 2018

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922

Original Sentence:     Prison 30 months;              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Daniel Fruchter               Date Supervision Commenced: June 10, 2020

Defense Attorney:      Andrea George                Date Supervision Expires: June 9, 2023

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/23/2020 and 11/05/2020.

On June 10, 2020, supervision commenced in this matter. On June 12, 2020, a supervision intake was completed. Mr. Lopez acknowledged an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Lopez violated the conditions of his supervised release by failing to submit to urinalysis as directed on November 4, 2022. |
| | Mr. Lopez is enrolled in random drug testing at Pioneer Human Services (PHS). He is expected to call the testing line daily to determine if he needs to report for drug testing that same day. |
| | On November 4, 2022, Mr. Lopez failed to appear for a random drug test at PHS. |

Prob12C
**Re: Lopez, Gabriel Trinidad**
**November 9, 2022**
**Page 2**

| | |
|---|---|
| 6 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Lopez violated the conditions of his supervised release by failing to submit to urinalysis as directed on November 7, 2022. |
| | Mr. Lopez is enrolled in random drug testing at PHS. He is expected to call the testing line daily to determine if he needs to report for drug testing that same day. |
| | On November 7, 2022, Mr. Lopez failed to appear for a random drug test at PHS. |
| 7 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Lopez violated the conditions of his supervised release by consuming a controlled substance, methamphetamine and amphetamine, on or about November 1, 2022. |
| | Mr. Lopez is enrolled in random drug testing at PHS. He is expected to call the testing line daily to determine if he needs to report for drug testing that same day. |
| | On November 1, 2022, Mr. Lopez submitted to a urinalysis test at PHS revealing presumptive positive results for methamphetamine and amphetamine. On November 9, 2022, laboratory results were received confirming the specimen submitted on November 1, 2022, was positive for methamphetamine and amphetamine. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/09/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Lopez, Gabriel Trinidad
November 9, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_11/9/2022_____
Date