PROB 12C
(6/16)

Report Date: November 9, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. MCAVOY, CLERK

Name of Offender: Gabriel Trinidad Lopez          Case Number: 0980 2:18CR00022-WFN-1

Address of Offender: ███████████████████  Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 20, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 | |
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: June 10, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: June 9, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/23/2020, 11/5/2020 and 11/9/2022.

On June 10, 2020, supervision commenced in this matter. On June 12, 2020, a supervision intake was completed. Mr. Lopez acknowledged an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Lopez violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about November 7, 2022. |
| | On November 9, 2022, Mr. Lopez reported to the United States Probation Office. He submitted to a urinalysis which tested presumptive positive for methamphetamine and amphetamine. Mr. Lopez then signed a drug use admission form admitting to consuming methamephetamine on November 7, 2022. |

Prob 12C
Re: Lopez, Gabriel Trinidad
November 9, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/09/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/9/2022
Date