PROB 12C
(6/16)

Report Date: November 17, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gabriel Trinidad Lopez | Case Number: 0980 2:18CR00022-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ | Spokane Valley, Washington 99216 |

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastain, Chief U.S. District Judge

Date of Original Sentence: December 20, 2018

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 10, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: June 9, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/23/2020, 11/5/2020, 11/9/2022, and 11/9/2022.

On June 10, 2020, supervision commenced in this matter. On June 12, 2020, a supervision intake was completed. Mr. Lopez acknowledged an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release, by consuming a controlled substance, cocaine, on or about October 27, 2022. |
| | On October 20, 2022, Mr. Lopez reported to the United States Probation Office. A sweat patch was applied to Mr. Lopez' arm for the purposes of testing of illicit substances. On October 27, 2022, the sweat patch was removed and submitted to the lab for testing. |
| | On November 14, 2022, the lab report was received and noted a positive presence for cocaine. The lab report also noted a positive presence for methamphetamine and amphetamine, however, that use was already addressed through the Sobriety Treatment and Education Program (STEP) session. |

Prob12C
Re: Lopez, Gabriel Trinidad
November 17, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/17/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

11/18/2022
Date