PROB 12C
(6/16)

Report Date: February 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gabriel Trinidad Lopez | Case Number: 0980 2:18CR00022-SAB-1 |
| Address of Offender: ███████████████ Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 20, 2018

Original Offense:         Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 12, 2023) | Prison- 64 days<br>TSR - 147 days | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: January 13, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: June 9, 2023 |

## PETITIONING THE COURT

To issue a summons.

On January 23, 2023, a supervision intake was completed with Mr. Lopez.  He acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about January 18, 2023.<br><br>On January 18, 2023, Mr. Lopez reported to Pioneer Human Services (PHS) for the purposes of a random urinalysis.  He tested presumptive positive for methamphetamine.  He denied use and the sample was sent to the lab for additional testing.  A lab report was received and confirmed a positive presence for methamphetamine. |

Prob12C
Re: Lopez, Gabriel Trinidad
February 10, 2023
Page 2

|   |   |   |
|---|---|---|
| 2 | | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by failing to appear for a random urinalysis on or about February 8, 2023.

Mr. Lopez is enrolled in random drug testing with PHS. He is required to call the drug testing line daily to determine if he required to report for testing that same day.

PHS advised that Mr. Lopez failed to appear for testing on February 8, 2023. Mr. Lopez later indicated he forgot to call the testing line that day.

3      **Special Condition #1:** You must not communicate, associate, or otherwise interact with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

**Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by associating with a gang member on or about February 6, 2023.

On February 6, 2023, the undersigned officer was notified that Mr. Lopez had been kicked out of his residence after not returning to the residence the evening prior. On February 9, 2023, Mr. Lopez was asked where he had been staying. He advised he stayed with his friend, Eric Baca, for two nights before returning to his reported residence.

Law enforcement advised, Mr. Baca is a member of the Mongols outlaw motorcycle gang.

4      **Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by associating with a felon, on or about February 6, 2023.

On February 6, 2023, the undersigned officer was notified that Mr. Lopez had been kicked out of his residence after not returning to the residence the evening prior. On February 9, 2023, Mr. Lopez was asked where he had been staying. He advised he stayed with his friend, Eric Baca, for two nights before returning to his reported residence.

A criminal records check was completed and noted that Mr. Baca is a convicted felon.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Lopez, Gabriel Trinidad
February 10, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/10/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/10/2023

Date