PROB 12C
(6/16)

Report Date: March 29, 2023

## United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 31, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Gabriel Trinidad Lopez | Case Number: 0980 2:18CR00022-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮ Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 20, 2018

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 30 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(January 12, 2023) | Prison - 64 days<br>TSR - 147 days | | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | January 13, 2023 |
| Defense Attorney: | Justin Lonegran | Date Supervision Expires: | June 9, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/10/2023.

On January 23, 2023, a supervision intake was completed with Mr. Lopez. He acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by failing to appear for a urinalysis, on or about March 23, 2023. |
| | Mr. Lopez is enrolled in random drug testing with Pioneer Human Services (PHS). He is required to call the drug testing line daily to determine if he is required to report for testing that same day. |

Prob12C
**Re: Lopez, Gabriel Trinidad**
**March 29, 2023**
**Page 2**

        PHS advised that Mr. Lopez failed to appear for testing on March 23, 2023.

6      **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by failing to attend substance abuse treatment as directed, since on or about February 23, 2023.

        On January 18, 2023, Mr. Lopez completed a substance abuse evaluation with Pioneer Human Services (PHS). He was ultimately enrolled in outpatient services, requiring him to attend weekly group sessions on Thursdays from 5:30 p.m. to 7:30 p.m., effective January 26, 2023.

        Mr. Lopez had stated he was working with the Vet Center in the Spokane Valley to become enrolled in mental health treatment services. He was advised that if the Vet Center offered appropriate services for both mental health and substance abuse, he could potentially discontinue services with PHS. However, he was advised the undersigned would have to verify the services first. He continuously confirmed he was attending substance abuse treatment with PHS.

        On March 22, 2023, Mr. Lopez reported to the probation office. He again verified he was still engaged in services with PHS. He advised his counseling sessions at the Vet Center were scheduled to be from 3:30 p.m. to 5:30 p.m. on Thursdays, but he only attends until 4:30 p.m. so that he can attend services at PHS on time.

        On March 24, 2023, the undersigned received a phone call from Pioneer Human Services (PHS). Staff with PHS had inquired into whether Mr. Lopez was supposed to be attending services there. The undersigned confirmed and they advised they he had not attended services at their facility since February 23, 2023.

7      **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

        **Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by failing to report as directed, on or about March 24, 2023.

        On March 24, 2023, text communication occurred between Mr. Lopez and the undersigned with respect to his alleged substance abuse treatment non-compliance (see alleged violation number 6). The undersigned then learned that Mr. Lopez had failed to appear for a urinalysis at PHS on March 23, 2023. A text message was then sent directing him to report to the probation office by 4 p.m. to submit to a urinalysis.

Mr. Lopez failed to report on March 24, 2023.

8      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by failing to submit to a urinalysis, on or about March 24, 2023.

On March 24, 2023, text communication occurred between Mr. Lopez and the undersigned with respect to his alleged substance abuse treatment non-compliance (see alleged violation number 6). The undersigned then learned that Mr. Lopez had failed to appear for a urinalysis at PHS on March 23, 2023. A text message was then sent directing him to report to the probation office by 4 p.m. to submit to a urinalysis.

Mr. Lopez failed to report on March 24, 2023, therefore, he also failed to submit to a urinalysis.

9      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about March 26, 2023.

On March 27, 2023, Mr. Lopez reported to the probation office. He was asked to submit to a urinalysis. He then indicated he would be positive for methamphetamine and signed a drug use admission form, indicating he used on March 26, 2023.

10      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Gabriel Lopez violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about March 26, 2023.

On March 27, 2023, Mr. Lopez reported to the probation office. He submitted to a urinalysis which tested presumptive positive for methamphetamine, for which he had already admitted use of and signed drug use admission form (see alleged violation number 9). He also tested presumptive positive for cocaine. He then signed a drug use admission form admitting to consuming cocaine on March 26, 2023.

Prob12C
Re: Lopez, Gabriel Trinidad
March 29, 2023
Page 4

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/29/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/31/2023

Date